UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CRAIG CHRISTIANS,<br><br>　　　　　　Defendant. | Case No.: 2:08-cr-167-LDG-GWF<br><br>**PROPOSED ORDER TO MODIFY<br>CONDITIONS OF PROBATION** |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the condition that Mr. Christians serve 1 month in half way house be removed as a condition of probation.

DATED ___5___ day of ___MAR___, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

3